IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, et al.<br><br>    Defendants. | Civil Action No. 1:24-cv-3487 |

**INDEX OF EXHIBITS TO DEFENDANTS WORLD WRESTLING ENTERTAINMENT, LLC AND TKO GROUP HOLDINGS, INC.'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR STAY**

| TAB/ EXHIBIT | PAGE(S) REFERENCED | DESCRIPTION |
|---|---|---|
| 1A | 1, 6 | 2023 Md. Laws. 5 |
| 1B | 1, 6 | 2023 Md. Laws. 6 |
| 2 | 2 | Consolidated Appellants' Brief, The Key School, Incorporated, et al. v. Valerie Bunker and Board of Education of Harford County v. John Doe, Misc. No. 2 - September Term, 2024 |
| 3 | 2 | Brief of Petitioner, Roman Catholic Archbishop of Washington v. John Doe, et al., Misc. No. 9 - September Term, 2024. |
| 4 | 2, 8 | Memorandum and Order of Hon. Chief Judge James Bredar in Jane Doe v. The Church of Jesus Christ of Latter-Day Saints (Civil Case No. JKB-23-02900) |
| 5 | 2, 8 | Memorandum and Order of Hon. Matthew Maddox in Valerie Bunker v. The Key School, Inc., et al. (Case No. MJM-23-2662) |
| 6 | 2, 8 | Order of Hon. Stephanie A. Gallagher in Wedekind, Jr. v. McDonogh School, Inc. (Case No. 1:24-CV-01065) |

| TAB/ EXHIBIT | PAGE(S) REFERENCED | DESCRIPTION |
|---|---|---|
| 7 | 2, 8 | Order of Hon. Stephanie A Gallagher in Helliwell v. McDonogh School, Inc. (Case No. 1:24-CV-01580) |
| 8 | 2, 8 | Order of Hon. William A. Snoddy in Wolohan v. Archdiocese of Washington, et al. (Circuit Court for Prince George's County Case No. C-16-CV-23-005466) |
| 9 | 2, 8 | Order in John Doe, et al v. Roman Catholic Archbishop of Washington (Prince George's County Circuit Court Case No. C-16-CV-23-004497) |
| 10 | 2, 8 | Order in Ann Applegarth v. The Key School, Inc., et al of Hon. Donna M. Schaeffer (Anne Arundel County Case No. C-02-CV-23-2370) |
| 11 | 2, 8 | Order in Sally Benson v. The Key School, Inc., et al of Hon. Donna M. Schaeffer (Anne Arundel County Case No. C-02-CV-23-2322) |
| 12 | 2, 8 | Order in Cari Nyland v. The Key School, Inc., et al of Hon. Donna M. Schaeffer (Anne Arundel County Case No. C-02-CV-23-2321) |
| 13 | 2, 8 | Order in Carolyn Surrick v. The Key School, Inc., et al of Hon. Donna M. Schaeffer (Anne Arundel County Case No. C-02-CV-23-2048) |
| 14 | 2, 8 | Order in Megan Venton v. The Key School, Inc., et al of Hon. Donna M. Schaeffer (Anne Arundel County Case No. C-02-CV-23-2270) |
| 15 | 2, 8 | Order in Jane Doe v. The Park School of Baltimore, Inc. (Circuit Court for Baltimore County Case No. C-03-CV-24-003416) |
| 16 | 2, 8 | Order in John Doe 1 v. McDonogh School, Inc. (Circuit Court for Baltimore County Case No. C-03-CV-24-003840) |