# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| CHRISTOPHER MARK HELLIWELL, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:24-cv-01580 |
| MCDONOGH SCHOOL, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### **ORDER**

Upon consideration of the parties' Joint Motion to Stay Action and Memorandum in Support thereof, it is thereupon this __18th__ day of _____June_____ by the United States District Court for the District of Maryland, hereby

**ORDERED**, that the parties' Joint Motion to Stay Action shall be and hereby is **GRANTED**; and it is further;

**ORDERED**, that the above-captioned action shall be and hereby is **STAYED** pending the issuance of a mandate from the Supreme Court of Maryland on a decision from that Court deciding the constitutionality of the Child Victims Act of 2023's provisions reviving claims that were previously barred by limitations or repose; and it is further;

**ORDERED**, that the parties shall file a joint status report within fifteen (15) days of any opinion issued by either the Appellate Court of Maryland or the Supreme Court of Maryland concerning the constitutionality of the Maryland Child Victims Act of 2023.

                                              _____/s/ Stephanie A. Gallagher_____
                                              JUDGE
                                              United States District Court for the District of Maryland

cc:  All counsel of record