# EXHIBIT 9

IN THE CIRCUIT COURT
FOR PRINCE GEORGE'S COUNTY

| | |
|---|---|
| JOHN DOE, RICHARD ROE, and MARK SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROMAN CATHOLIC ARCHBISHOP OF WASHINGTON, a corporation sole, d/b/a ROMAN CATHOLIC ARCHDIOCESE OF WASHINGTON,<br><br>Defendant. | Case No. C-16-CV-23-004497 |

## ORDER

UPON CONSIDERATION of Defendant's Motion to Stay All Proceedings During Pendency of Appeal, the opposition thereto, the record in this case, and the applicable law, it is this 23rd day of April 2024:

ORDERED that Defendant's Motion to Stay All Proceeding During Pendency of Appeal be and hereby is GRANTED; and it is further

ORDERED that this action be and hereby is STAYED during the pendency of the interlocutory appeal of this matter noted by Defendant; and it is further

ORDERED that the Parties provide a Status Report within five days after any opinion issued by either the Appellate Court of Maryland or the Supreme Court of Maryland in this matter.

_____
Judge
Circuit Court for Prince George's County

Entered: Clerk, Circuit Court for
Prince George's County, MD
April 23, 2024