# EXHIBIT 13

| | | |
|---|---|---|
| **CAROLYN SURRICK** | * | IN THE |
| *Plaintiff* | * | CIRCUIT COURT |
| v. | * | FOR |
| **THE KEY SCHOOL, INCORPORATED, et al** | * | ANNE ARUNDEL COUNTY |
| *Defendants* | * | Case No. C-02-CV-23-2048 |

\* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendants' Renewed Motion to Stay Discovery, Plaintiff's Opposition thereto, the case file and the applicable law, it is this 21st day of May, 2024, by the Circuit Court for Anne Arundel County, Maryland,

**ORDERED**, that Defendants' Motion to Stay Discovery is hereby GRANTED; and it is further

**ORDERED**, that the above-captioned action shall be, and hereby is, STAYED in its entirety pending the issuance of a Mandate from the Supreme Court of Maryland on a decision from that Court addressing the constitutionality of the provision in the Child Victims Act of 2023 reviving claims that were barred by limitations or repose; and it is further

**ORDERED**, that upon the issuance of said Mandate, this court shall issue an Amended Scheduling Order establishing a new timeline for this case; and it is further

**ORDERED**, that the Pretrial Conference set for July 24, 2024 be, and hereby is, CANCELED and shall be reset at a later date.

_____
DONNA M. SCHAEFFER, Judge
Circuit Court for Anne Arundel County

5/22/2024 BJK