# EXHIBIT 16

| | | | |
|---|---|---|---|
| JOHN DOE 1 | * | IN THE | |
| Plaintiff | * | CIRCUIT COURT | |
| v. | * | FOR | |
| MCDONOGH SCHOOL, INC. | * | BALTIMORE COUNTY | |
| Defendant | * | Case No.: C-03-CV-24-003840 | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the parties' Joint Motion to Stay Action and Memorandum in

Support thereof, it is thereupon this _____ day of _____, 2024, by the Circuit Court

for Baltimore County, hereby

11/16/2024 10:34:55 AM

**ORDERED**, that the parties' Joint Motion to Stay Action shall be and hereby is

**GRANTED**; and it is further;

**ORDERED**, that the above-captioned action shall be and hereby is **STAYED** pending the

issuance of a mandate from the Supreme Court of Maryland on a decision from that Court deciding

the constitutionality of the Child Victims Act of 2023's provisions reviving claims that were

previously barred by limitations or repose; and it is further;

**ORDERED**, that the parties shall file a joint status report within fifteen (15) days of any

opinion issued by the Supreme Court of Maryland concerning the constitutionality of the Maryland

Child Victims Act of 2023.

_Stacy A. Mayer_
Stacy Mayer
_____
JUDGE
Circuit Court for Baltimore County

cc: All counsel of record

Entered: Clerk, Circuit Court for
Baltimore County, MD
November 18, 2024