# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

National Association of Diversity Officers in Higher Education, et al.

**Plaintiff,**           *

                         *

**v.**                   *           **Case No.**  1:25-cv-00333

                         *

Donald J. Trump, in his official capacity as President of the United States, et al.

**Defendant.**           *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☑  I certify, as party/counsel in this case that  American Association of University Professors
                                                  (name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association,
partnership or other business entity, not a party to the case, has a financial interest in the outcome
of this litigation as defined in Local Rule 103.3 (D. Md.).

☐  The following corporate affiliations exist with _____ :
                                                    (name of party)

_____ .
                        (names of affiliates)

☐  The following corporations, unincorporated associations, partnerships or other business
entities which are not parties may have a financial interest in the outcome of this litigation:

_____ .
              (names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)


_____          _____
(name of member)                                                          (state of citizenship)


_____          _____
(name of member)                                                          (state of citizenship)


_____          _____
(name of member)                                                          (state of citizenship)


_____          _____
(name of member)                                                          (state of citizenship)


Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.


02/03/2025
_____          _____
Date                                                                      Signature

Victoria S. Nugent (Bar No. 15039)
_____
Printed name and bar number

P.O. Box 34553, Washington, DC 20043
_____
Address

vnugent@democracyforward.org
_____
Email address

202-448-9090
_____
Telephone number

202-796-4426
_____
Fax number