IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, et al.<br><br>    Defendants. | Civil Action No. 1:24-cv-3487-JKB |

## JOINT MOTION FOR ENTRY OF AN INTERIM PROTECTIVE ORDER

Plaintiffs John Doe 1, John Doe 2, John Doe 3, John Doe 4, John Doe 5 and Defendants, World Wrestling Entertainment, LLC, TKO Group Holdings, Inc., Vincent McMahon, and Linda McMahon, by and through their undersigned counsel, hereby jointly move this Court for an Interim Protective Order (the "Order") seeking disclosure by Plaintiffs of certain identifying information subject to the restrictions set forth in the Order, and further state as follows:

1. The parties each agree to the entry of the Order.

2. Pursuant to Federal Rule of Civil Procedure 26(c), the parties have good cause to seek such an order to aid their investigations into the claims at issue.

3. No party will be prejudiced by the entry of the Order.

WHEREFORE, the parties jointly seek that the Order be entered. A proposed order is attached.

Dated: April 2, 2025                                                   Respectfully submitted,

                                                                                 PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                */s/ Gregory F. Laufer*
Gregory F. Laufer *(pro hac vice)*
Daniel J. Toal *(pro hac vice)*
Richard C. Tarlowe *(pro hac vice)*
Emily A. Vance *(pro hac vice)*
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000 | Fax: (212) 757-3990
glaufer@paulweiss.com
dtoal@paulweiss.com
rtarlowe@paulweiss.com
evance@paulweiss.com

GOODELL, DEVRIES, LEECH & DANN, LLP

                */s/ Sean Gugerty*
Sean Gugerty (Federal Bar No: 21125)
Linda S. Woolf (Federal Bar No: 08424)
K. Nichole Nesbitt (Federal Bar No: 26137)
One South Street, 20th Floor
Baltimore, MD 21202
Tel: (410) 783-4011 | Fax: (410) 783-4040
lsw@gdldlaw.com
knn@gdldlaw.com
sgugerty@gdldlaw.com

*Counsel for World Wrestling Entertainment, LLC and TKO Group Holdings, Inc.*

                */s/ Greg G. Gutzler*
Greg G. Gutzler
ggutzler@dicellolevitt.com
Emma Bruder
ebruder@dicellolevitt.com
Dicello Levitt LLP
485 Lexington Avenue, Suite 1001
New York, New York 10017
Tel: (646) 933-1000

Adam Prom
aprom@dicellolevitt.com
(signed with permission of Adam Prom)
Dicello Levitt LLP
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602

2

Tel: (312) 214-7900

William H. "Billy" Murphy, Jr.
billy.murphy@murphyfalcon.com
Phylecia R. Faublas
phylecia.faublas@murphyfalcon.com
Murphy, Falcon & Murphy
1 South Street, Suite 3000
Baltimore, Maryland 21202
Tel: (410) 951-8744

Mark A. DiCello
madicello@dicellolevitt.com
Robert F. DiCello
rfdicello@dicellolevitt.com
Dicello Levitt LLP
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
Tel: (440) 953-8888

*Counsel for Plaintiffs*


             /s/ Jessica T. Rosenberg
Jessica T. Rosenberg
*(pro hac vice)*
jrosenberg@akingump.com
(signed with permission of Jessica T. Rosenberg)
Akin Gump Strauss Hauer Feld LLP
One Bryant Park
New York, NY 10036
Tel: (212) 872-1012 | Fax: (212) 872-1002

John A. Bourgeois
jbourgeois@kg-law.com
Christopher C. Jeffries
cjeffries@kg-law.com
Kramon & Graham, P.A.
750 East Pratt Street, Suite 1100
Baltimore, MD 21202
Tel: (410) 347-7408 | Fax: (410) 361-8204

*Counsel for Defendant, Vincent McMahon*


             /s/ William J. Murphy

William J. Murphy
wmurphy@zuckerman.com
Samantha Miller Kavanagh
skavanagh@zuckerman.com
(signed with permission of William J. Murphy)
Zuckerman Spaeder LLP
100 E. Pratt Street, Suite 2440
Baltimore, MD 21202
Tel:  (410) 332-0444 | Fax: (410) 659-0436


          */s/ Laura A. Brevetti*
Laura A. Brevetti
Laura.brevetti@brevettilaw.com
*(pro hac vice)*
(signed with permission of Laura A. Brevetti)
Law Offices of Laura A. Brevetti
575 Lexington Avenue, 14th Floor
New York, NY 10022
Tel:  (917) 970-0250

*Counsel for Linda McMahon*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of April 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which transmitted electronic notification of such filing to all CM/ECF participants and counsel of record.

*/s/ Gregory F. Laufer*
Gregory F. Laufer (*pro hac vice*)
