IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| John Doe 1, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> World Wrestling Entertainment, LLC, et al., <br><br> *Defendants*. | Civil Action No. 24-03487-JKB |

# [PROPOSED] ORDER

Upon consideration of the foregoing Motion to Dismiss by Defendant Linda E. McMahon, and any response thereto,

IT IS this _____ day of April, 2025, ORDERED that Defendant Linda E. McMahon's Motion to Dismiss is hereby granted, and Plaintiffs' Complaint against Ms. McMahon is dismissed with prejudice.

_____
Honorable James K. Bredar
United States District Judge