IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, et al.<br><br>        Plaintiffs,<br><br>   v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, et al.<br><br>        Defendants. | Civil Action No. 1:24-cv-3487-JKB |

### [PROPOSED] ORDER

Upon consideration of Defendants, World Wrestling Entertainment, LLC ("WWE") and TKO Group Holdings, Inc. 's ("TKO") Motion to Dismiss, With Request for Hearing and any opposition thereto, it is this _____ day of _____, 20____, by the United States District Court for the District of Maryland,

1. **ORDERED**, that Defendants WWE and TKO's Motion to Dismiss, is hereby **GRANTED**, and it is further

2. **ORDERED**, that this action is **DISMISSED** as to Defendants WWE and TKO **WITH PREJUDICE**.

                                                                                        _____
                                                                                        The Honorable James K. Bredar
                                                                                        United States District Court for the
                                                                                        District of Maryland