**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JOHN DOE 1, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:24-cv-3487-JKB |
| v. ) | |
| ) | |
| WORLD WRESTLING ENTERTAINMENT, LLC, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT VINCENT K. MCMAHON'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Upon consideration of Defendant Vincent K. McMahon's Motion to Dismiss Plaintiffs' Complaint for lack of personal jurisdiction and failure to state a claim, and any and all oppositions and replies thereto; and for good cause shown, Defendant Vincent K. McMahon's Motion is **GRANTED**. Plaintiffs' Complaint shall be **DISMISSED** with prejudice.

**SO ORDERED**.

DATED this the _____ day of _____ 2025

BY THE COURT:

_____
Hon. James K. Bredar
United States District Court Judge