IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, et al.,<br><br>        Defendants. | Civil Action No. 1:24-cv-3487-JKB |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs, John Doe 1–8, and Defendants, World Wrestling Entertainment, LLC, TKO Group Holdings, Inc., Vincent K. McMahon, and Linda McMahon's Joint Motion for Entry of a Scheduling Order, it is thereupon this _____ day of _____, 2025, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that each Defendant shall have until June 11, 2025 to respond to Plaintiffs' Corrected First Amended Complaint;

**ORDERED**, that the Plaintiffs shall have until July 28, 2025 to oppose any motion to dismiss by any Defendant; and

**ORDERED**, that each Defendant shall have until August 27, 2025 to file any reply in support of any motion to dismiss.

 

                                                                                       _____
                                                                                       James K. Bredar
                                                                                       United States District Judge