# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DOE 1, *et al*. | * | Case No.: 1:24-cv-3487 |
| *Plaintiffs,* | * | Hon. James K. Bredar |
| v. | * | |
| WORLD WRESTLING ENTERTAINMENT, LLC, *et al.* | * | |
| | * | |
| *Defendants.* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

UPON CONSIDERATION of the Defendants WWE and TKO's Motion to Dismiss, Plaintiffs' Opposition to Defendants WWE and TKO's Motion to Dismiss Plaintiffs' First Amended Complaint, and any reply thereto, it is this ____ day of _____, 2025, by this Honorable Court,

**ORDERED** that Defendants WWE and TKO's Motion to Dismiss Plaintiffs' First Amended Complaint is hereby, **DENIED.**

_____
James K. Bredar
United State District Judge