# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DOE 1, *et al*. | * | Case No.: 1:24-cv-3487 |
| *Plaintiffs,* | * | Hon. James K. Bredar |
| v. | * | |
| WORLD WRESTLING ENTERTAINMENT, LLC, *et al.* | * | |
| | * | |
| *Defendants.* | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of the Defendant Linda McMahon's Motion to Dismiss, Plaintiffs' Opposition to Defendant Linda McMahon's Motion to Dismiss Plaintiffs' First Amended Complaint, and any reply thereto, it is this _____ day of _____, 2025, by this Honorable Court,

**ORDERED** that Defendant Linda McMahon's Motion to Dismiss Plaintiffs' First Amended Complaint is hereby, **DENIED.**

_____
James K. Bredar
United State District Judge