# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DOE 1, *et al.* | * | Case No.: 1:24-cv-3487 |
| *Plaintiffs,* | * | Hon. James K. Bredar |
| v. | * | |
| WORLD WRESTLING ENTERTAINMENT, LLC, *et al.* | * | |
| | * | |
| *Defendants.* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

UPON CONSIDERATION of the Defendant Vince McMahon's Motion to Dismiss, Plaintiffs' Opposition to Defendant Vince McMahon's Motion to Dismiss Plaintiffs' First Amended Complaint, and any reply thereto, it is this ____ day of _____, 2025, by this Honorable Court,

**ORDERED** that Defendant Vince McMahon's Motion to Dismiss Plaintiffs' First Amended Complaint is hereby, **DENIED.**

_____
James K. Bredar
United State District Judge