# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN DOE 1, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, LLC, et al.<br><br>        Defendants. | Case No. 24-3487-JKB |

**SECOND SUPPLEMENTAL DECLARATION OF LINDA E. MCMAHON**

Defendant Linda E. McMahon states as follows:

1. I am over the age of 18 and competent to testify to the facts set forth in this Second Supplemental Declaration. I am a defendant named in the above-referenced litigation, and I make this Declaration based on my own personal knowledge. I submit this Declaration in support of the Reply in support of my pending Motion to Dismiss the Amended Complaint filed against me. The information contained in this Declaration is true and correct to the best of my knowledge.

2. Due to several incorrect assertions made by Plaintiffs in their Opposition to my Motion to Dismiss, I feel compelled to expand upon some of the facts asserted in the Supplemental Declaration I submitted in support of the Motion to Dismiss, *see* ECF No. 57-2 ("Supp. Decl.").

## My Role at World Wrestling Entertainment, Inc.

3. As stated in my Supplemental Declaration, at all times during my employment with World Wrestling Entertainment, Inc. ("WWE")[1], I worked primarily from the headquarters of the company in Connecticut. Supp. Decl. ¶¶ 8–9. During my time at WWE, I infrequently attended wrestling shows.

4. Contrary to the implication in the Plaintiffs' Opposition, see ECF No. 61 ("Opp.") at 4, 6, 9, 10, 11, 18, 21, my role at WWE did not encompass booking or scheduling events, in Maryland or elsewhere. From time to time, I may have received memoranda or other communications regarding the dates and locations of upcoming events, but I had no role in booking or scheduling those events.

## Specific Plaintiffs' Allegations

5. As stated in my Supplemental Declaration, to the best of my knowledge and recollection, I have never met or communicated with any of the Plaintiffs, named in the Amended Complaint as John Does 1–8. Supp. Decl. ¶ 13. I was not aware, until the filing of this lawsuit, that John Does 1–8 claim to have worked as "Ring Boys," as that term is defined in the Amended Complaint. I was not aware, until the filing of this lawsuit, that John Does 1–8 claim to have suffered sexual abuse or harassment by Mel Phillips, Terry Garvin, or Pat Patterson.

6. I understand that the Amended Complaint asserts allegations related to media reports surrounding the so-called "Ring Boy Scandal," which reports began approximately in 1992 and involved highly publicized allegations of sexual misconduct committed by Phillips, Garvin, and Patterson. ECF No. 55 ("Am. Compl.") ¶¶ 15, 18, 29, 35. Prior to those reports approximately

---

[1] Prior to 2002, the company was known as World Wrestling Federation. For ease of reference, I shall refer to the company I co-founded as "WWE" throughout, even if it went by a different name during the period to which I am referring.

in 1992, I was not aware of sexual misconduct allegations having been lodged against Phillips, Garvin, or Patterson.

7. Plaintiffs have included in their Amended Complaint an assertion that my husband Vincent McMahon and I together decided to fire and then rehire Mel Phillips in 1988. Am. Compl. ¶ 14. I was not involved in the decision to terminate Phillips. I specifically deny that I played a role in a decision by WWE to rehire Mel Phillips based on a condition that he should "steer clear from kids" as alleged in the Plaintiffs' Opposition, *e.g.*, Opp. at 3, 12, 18, 28–29.

8. I understand that Plaintiffs also allege that I was aware of Phillips's engaging in acts of misconduct "in places like WWE dressing rooms." Opp. at 2, 10, 24; *see also id.* at 11, 28–29. I never witnessed any acts of misconduct or suspicious behavior by Phillips towards minors in dressing rooms or elsewhere. While I was employed as an executive with WWE, I never entered a men's locker room or dressing room.

I declare under penalty of perjury that the foregoing Declaration is true and correct. Executed on August 27, 2025.

*Linda E. McMahon*
Linda E. McMahon

3