IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.*,<br><br>*Plaintiffs*,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00596 |

**PROPOSED ORDER**

Having considered Plaintiffs' motion for leave to file their motion to expand hearing scope and to file supplemental declarations under seal is **GRANTED**.

Dated: _____

_____
Hon. Ellen Lipton Hollander
United States District Judge