IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, *et al.,*<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>SOCIAL SECURITY ADMINISTRATION, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:25-cv-00596-ELH |

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Protect Employee Identities during PI Hearing, and for good cause shown, Defendants' motion is **GRANTED**.

Dated: _____          _____
　　　　　　　　　　　　　　　　　　　　Hon. Ellen Lipton Hollander
　　　　　　　　　　　　　　　　　　　　United States District Judge